IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -6 PM 5: 01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| PENDLETON PINES ASSOCIATES,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> LEDIC MANAGEMENT, et al.,  ) <br> ) <br> Defendants.  ) | No.   04-2133-DV |

## ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF TRIAL, ENLARGEMENT OF TIME TO CONCLUDE DISCOVERY AND FILE DISPOSITIVE MOTIONS AND CERTIFICATE OF CONSULATION

IT APPEARING to the Court that the parties' Joint Motion for Continuance of Trial, Enlargement of Time to Conclude Discovery and File Dispositive Motions is well-taken;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the parties' Joint Motion for Continuance of Trial, Enlargement of Time to Conclude Discovery and File Dispositive Motions should be GRANTED, and the parties will have until and through Friday, February 3, 2006 to complete discovery, Friday, April 3, 2006 to file dispositve motions, and the non-jury trial is reset for ~~May ___, 2006~~ TBD.

ENTERED this the 6 day of September, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and 79(a) FRCP on 9/6/05

JUDGE BERNICE B. DONALD
UNITED STATES DISTRICT COURT

1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02133 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

J. Carson Stone
501 Union Street
Suite 200
Nashville, TN 37219

Henry C. Shelton
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT